IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BRIAN SOMMER,<br><br>      Plaintiff,<br><br>    v.<br><br>REGENCE BLUECROSS BLUESHIELD OF OREGON,<br><br>      Defendant. | 3:23-cv-01140-SB<br><br>STIPULATION AND<br><br>ORDER OF DISMISSAL |

Plaintiff Brian Sommer and Defendant Regence Bluecross Blueshield of Oregon, by and through their counsel of record, hereby stipulate and agree that this matter has been resolved, and may be dismissed with prejudice and without an award of costs or fees to any party.

IT IS STIPULATED this 24th day of April 2025.

Dated: April 24, 2025                    Dated: April 24, 2025

MEGAN E. GLOR, ATTORNEYS AT LAW                    OGDEN MURPHY WALLACE, PLLC

*s/ Megan E. Glor*                    *s/ Medora A. Marisseau*
Megan E. Glor, OSB No. 930178          Medora A. Marisseau, OSB No. 923838
707 NE Knott Street, Suite 101         701 Fifth Avenue, Suite 5600
Portland, OR 97212                     Seattle, WA 98104
Telephone: 503-223-7400                Phone: (206) 447-7000
Email: megan@meganglor.com             Email: mmarisseau@omwlaw.com
Attorney for Plaintiff                 Attorney for Defendant

**ORDER OF DISMISSAL**

THIS MATTER comes before the Court upon stipulation set forth above.  It is hereby

ORDERED, ADJUDGED, AND DECREED that the above-titled matter is hereby DISMISSED

in its entirety with prejudice and without award of costs or fees to any party.

DATED this 25th day of April, 2025.

HON. STACIE F. BECKERMAN
U.S. Magistrate Judge

STIPULATION AND ORDER OF DISMISSAL - 2
CASE NO. 3:23-cv-01140-SB
{MYM4931-9718-1242;1/12924.000001/}